Certificate Number: 17572-PAW-DE-040443669

Bankruptcy Case Number: 25-23344



17572-PAW-DE-040443669

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 24, 2025, at 12:47 o'clock PM PST, Larry A Wayne completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  December 24, 2025         By:    /s/Leigh-Anna M Thompson

                                 Name:  Leigh-Anna M Thompson

                                 Title: Counselor