FILED
12/29/25 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. : 25-23344-GLT |
| LARRY A. WAYNE | : | |
| DEBTOR | : | CHAPTER 13 |
| _____ | : | |
| LARRY A. WAYNE | : | |
| MOVANT | : | |
| VS. | : | Related to Docket No. 10 |
| | : | |
| NO RESPONDENTS | : | |

## ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES
## AND CHAPTER 13 PLAN

AND NOW, this _____ 29th Day of December _____, 2025, upon the Motion of the above named Debtor,  praying for an extension of time within which to file his completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan, and it appearing from the Motion that good cause exists for granting the relief prayed.  It is hereby:

ORDERED, ADJUDGED and DECREED that the time for the Debtor, Larry A. Wayne, to file his completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan be and is hereby extended to and including January 9, 2026.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Michael C. Eisen

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 25-23344-GLT

Larry A. Wayne                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                         Page 1 of 1

Date Rcvd: Dec 29, 2025                 Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

**Recip ID**         **Recipient Name and Address**
db         + Larry A. Wayne, 8573 Peters Road, Cranberry Twp, PA 16066-3737

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:**

**Name**         **Email Address**

Matthew Fissel
        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael C. Eisen
        on behalf of Debtor Larry A. Wayne attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 4