IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LARRY A. WAYNE

      DEBTOR

CASE NO. 25-23344-GLT

CHAPTER 13

PROOF OF INCOME

Filed on behalf of:
Larry A. Wayne

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

Case 25-123344-GLP Doc 135-16 Filed 01/09/26 Entered 01/09/26 10:46:50 Des Moin

# Notice of Cost-of-Living Adjustment (COLA)

Hello LARRY A WAYNE

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| How Much You Will Get In 2025 (Before Deductions) | Monthly Amount |
|---|---|
| Your monthly benefit in 2025 <u>before</u> deductions | $2,568.00 |
| **2025 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$185.00 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 <u>after</u> deductions<br>This monthly amount may include deductions not listed above. | $2,383.00 |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to **www.ssa.gov/cola** or scan the QR code.

If you would like a paper copy of any of this information, please contact us.



## Form 1099-R (2024) — Transamerica

☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, address | TRANSAMERICA RETIREMENT SOLUTIONS, 6400 C STREET SW, CEDAR RAPIDS, IA 52499 |
| For questions call | 800-755-5801 |
| PAYER'S TIN | |
| RECIPIENT'S TIN | ***-**-0835 |
| RECIPIENT'S name/address | WAYNE LARRY, 8573 PETERS RD, CRANBERRY TWP, PA 16066 |
| Account number | 453DDA |
| 1 Gross distribution | $12,110.88 |
| 2a Taxable amount | $12,110.88 |
| 2b Taxable amount not determined | |
| Total distribution | |
| 3 Capital gain | |
| 4 Federal income tax withheld | |
| 5 Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | |
| 8 Other | % |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| 14 State tax withheld | |
| 15 State/Payer's state no. | PA/10960128 |
| 16 State distribution | |
| 10 Amount allocable to IRR within 5 years | |
| 11 1st year of desig. Roth contrib. | |
| 12 FATCA filing requirement | |
| 17 Local tax withheld | |
| 18 Name of locality | |
| 19 Local distribution | |
| 13 Date of payment | |

OMB No. 1545-0119 — Form 1099-R — Copy B — Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

## Form 1099-R (2024) — The Northern Trust Company

☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, address | The Northern Trust Company, Benefit Payment Services, WB-38 50 S. LaSalle St. Chicago, Illinois 60603 — As Paying Agent for: 6682 UCCPP DOW CHEMICAL UCC PENSION PLAN, 1-800-344-0661 |
| PAYER'S TIN | |
| RECIPIENT'S TIN | ***-**-0835 |
| RECIPIENT'S name/address | LARRY A WAYNE, 8573 Peters Rd, CRANBERRY TWP PA 16066-3737 |
| 1 Gross distribution | $3,626.40 |
| 2a Taxable amount | $3,626.40 |
| 2b Taxable amount not determined | |
| Total distribution | |
| 3 Capital gain | |
| 4 Federal income tax withheld | |
| 5 Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | ☐ |
| 8 Other | % |
| 9a Your percentage of total distribution | |
| 9b Total employee contributions | |
| 10 Amount allocable to IRR within 5 years | |
| 11 1st year of desig. Roth contrib. | |
| 12 FATCA filing requirement | ☐ |
| 13 Date of payment | |
| Account number | |
| 14 State tax withheld | |
| 15 State/Payer's state no. | |
| 16 State distribution | 3,626.40 |
| 17 Local tax withheld | |
| 18 Name of locality | |
| 19 Local distribution | |

OMB No. 1545-0119 — Form 1099-R — Copy B — Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Form 1099-R — www.irs.gov/Form1099R — Department of the Treasury - Internal Revenue Service